| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name    **Beck & Chase Enterprises, Inc.** | |
| United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA | |
| Case number (If known) | ☐ Check if this is an amended filing |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
| --- | --- |

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑   *Schedule NB: Assets-Real and Personal Property (Official Form 206NB)*
☑   *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
☑   *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
☑   *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
☑   *Schedule H: Codebtors (Official Form 206H)*
☑   *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
☐   Amended *Schedule*
☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   October 13, 2020     X _Donna K Beck President_
                             Signature of individual signing on behalf of debtor

                             **Donna K Beck**
                             Printed name

                             **CEO**
                             Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Beck & Chase Enterprises, Inc. |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Business Forms, Inc. dba American Solutions For Business POB 218 31 East Minnesota Ave Glenwood, MN 56334 | | Business Loan to Principals of Beck & Chase to allow principals personal income during transition after asset sale. Three loans made over 2 years. | Contingent Unliquidated Disputed | | | $546,500.00 |
| American Business Forms, Inc. dba American Solutions For Business POB 218; 31 East Minnesota Ave Glenwood, MN 56334 | | Unpaid balance of down payment advance for the purchase of Calvert Company assets. Debtor is unaware of any promissory note or other agreement in wri | Unliquidated Disputed | | | $473,000.00 |
| American Business Forms, Inc. dba American Solutions For Business POB 218; 31 East Minnesota Ave Glenwood, MN 56334 | | Operating Expense Advance Per written agreement with Debtor. Unsecured. | Unliquidated Disputed | | | $87,090.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Beck & Chase Enterprises, Inc.**                                      Case number (if known)
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Calvert Company, C/O Robert Bartels 2747 E. Killingsworth Ave Orange, CA 92869 | | Estimated upaid balance of $2.4M Asset Purchase Agreement. Disputed per description contained in Schedule A/B as to Claims against Calvert & Bartels. | Unliquidated Disputed | | | $1,439,000.00 |
| Donna Beck 735 West Taft Ave Orange Orange, CA 92865 | | Reimbursement to Debtor's owner for loans taken in lieu of payroll at initial purchase of company because asset sale did not include any recievables o | | | | $226,500.00 |
| Mark Chase 735 Taft Ave Orange, CA 92865 | | Reimbursement to Debtor's owner for loans taken in lieu of payroll at initial purchase of company because asset sale did not include any recievables o | | | | $319,314.00 |
| U.S. Small Business Administation 14925 Kingsport Road Fort Worth, TX 76155-2243 | | PPP Loan related to COVID-19. Subject to forgiveness if PPP forgiveness complaince proven | Contingent Unliquidated | | | $76,875.00 |

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    100% Shareholder and CEO of the Debtor Donna Beck Filed Chapter 7 in 2003, and recieved a discharge.

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Anaheim                        , California.

Date:   October 11, 2020 *(handwritten: 13)*

Donna K Beck, President *(signature)*
Donna K Beck
Signature of Debtor 1


Signature of Debtor 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                    Page1          **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name __**Beck & Chase Enterprises, Inc.**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (If known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:    Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................ $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................... $ _____ 900,311.71

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................... $ _____ 900,311.71

**Part 2:    Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ _____ 448,100.35

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................. $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ _____ 3,168,279.00

4. **Total liabilities** ............................................................................................................
   Lines 2 + 3a + 3b

   $ _____ 3,616,379.35

| Fill in this information to identify the case: |
| --- |
| Debtor name **Beck & Chase Enterprises, Inc.** |
| United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| **3.** | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Union Bank Genereral Operating Account** | **Business Checking** | 2356 | $33,715.17 |
| 3.2. | **Union Bank Business Payroll** | **Business Checking** | 2356 | $6,517.50 |

**4.**    Other cash equivalents *(Identify all)*

**5.**    Total of Part 1.
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $40,232.67

**Part 2:**    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.**    Deposits, including security deposits and utility deposits
Description, including name of holder of deposit

| 7.1. | **Security Deposit Lease in Florida** | $3,500.00 |
| --- | --- | --- |

**8.**    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
Description, including name of holder of prepayment

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Beck & Chase Enterprises, Inc.**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Name

Case number *(if known)* ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

8.1.    **Landlord First month rent and taxes and CAM for Florida Lease**    $3,794.00

9.    **Total of Part 2.**    | $7,294.00 |
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **605,260.50**   -   **0.00**  = ....    **$605,260.50**
                                       face amount              doubtful or uncollectible accounts

11a. 90 days old or less:    **64,476.54**   -   **0.00**  = ....    **$64,476.54**
                                       face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**    | $669,737.04 |
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19.    Raw materials | | | | |
| 20.    Work in progress<br>Work In Progress.<br>Recent orders whose production is in various stages of completeness.<br>Gross orders for WIP on petition date are $398,703.<br><br>Estimated gross profit from this WIP $152,448 | | $0.00 | | $152,448.00 |
| 21.    Finished goods, including goods held for resale | | | | |

Debtor    **Beck & Chase Enterprises, Inc.**                                    Case number *(If known)*  _____
             Name

| 22. | Other inventory or supplies<br>See Attachment A/B,<br>22/39/41/50 for detailed<br>list of Office Furniture,<br>Office Equipment,<br>Inventory/Supples and<br>Machinery | | | |
|---|---|---|---|---|
| | Samples and Engraving<br>Supplies are primary<br>assets, this category | Unknown | Liquidation | $1,500.00 |

| 23. | Total of Part 5.<br>Add lines 19 through 22.  Copy the total to line 84. | $153,948.00 |
|---|---|---|

24.    Is any of the property listed in Part 5 perishable?
       ■ No
       ☐ Yes

25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
       ■ No
       ☐ Yes. Book value  _____  Valuation method  _____  Current Value  _____

26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?
       ■ No
       ☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 39. | Office furniture<br>See Attachment A/B, 22/39/41/50 for detailed<br>list of Office Furniture, Office Equipment,<br>Inventory/Supples and Machinery | | | |
| | Office Furniture is primary asset in this<br>category | Unknown | Liquidation | $2,500.00 |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and<br>communication systems equipment and software<br>See Attachment A/B, 22/39/41/50 for detailed<br>list of Office Furniture, Office Equipment, | Unknown | Liquidation | $4,500.00 |

Debtor    **Beck & Chase Enterprises, Inc.**                    Case number *(if known)* _____
          Name

**Inventory/Supples and Machinery**

**Computers and phones are primary asset in this category**

---

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                                    $7,000.00
     Add lines 39 through 42. Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☐ No. Go to Part 9.
     ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1.  2017 Chevy Express Van | $0.00 | | $18,000.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
     **See Attachment A/B, 22/39/41/50 for detailed list of Office Furniture, Office Equipment, Inventory/Supples and Machinery**

| | | | |
|---|---|---|---|
| Engraving Machine is primary machinery asset this category | $0.00 | Liquidation | $2,500.00 |

51.  **Total of Part 8.**                                                                    $20,500.00
     Add lines 47 through 50. Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Beck & Chase Enterprises, Inc.**                     Case number *(If known)* _____
          Name

   ■ No
   ☐ Yes

| Part 9: | Real property |
| --- | --- |

**54. Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.     Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1.  **Debtor Owns No Real Estate.** | | | | |
| **See Schedule G for Leased Property** | | $0.00 | | $0.00 |

56.     **Total of Part 9.**                                                                         | $0.00 |
        Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
        Copy the total to line 88.

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**
        ■ No
        ☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60.     **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.     **Internet domain names and websites** URL:  Calvertcompany.com URL:  calvertcompany.info URL: calvertcompany.net URL:  calvert company.org URL: calvertcompany.org | $0.00 | Recent cost | $500.00 |
| 62.     **Licenses, franchises, and royalties** | | | |

Debtor    **Beck & Chase Enterprises, Inc.**                               Case number *(If known)* _____
          <sub>Name</sub>

| | | | |
|---|---|---|---|
| **Florida Resellers License; Business License Orange County and City of Orange Business Licenses** | $0.00 | **Recent cost** | $1,000.00 |

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**
       **Non-Exclusive Customer List. Debtor does not consider this proprietary. Listed in an abundance of caution.**                    $0.00                                    $100.00

65.    **Goodwill**

66.    **Total of Part 10.**

       Add lines 60 through 65. Copy the total to line 89.

       | $1,600.00 |
       |---|

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

                                                                                    | Current value of debtor's interest |
                                                                                    |---|

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor    __Beck & Chase Enterprises, Inc._____    Case number *(if known)* _____
                    Name

Contract and Tort Claims against Robert Bartels related
to March 2018 Asset Sale where Debtor acquired Assets
of and name to Calvert Company.  Debtor alleges that
Bartels misrepresented the financial health of Calvert
Company and the value of its current customer
relationships, and failed to disclose known and relevant
facts effecting the value of Calvert's assets.  A a result
Debtor was induced to agree to pay far more than the
value of the assets purchased.  Claims are asserted
both as recoverable claims and a defense to any claim
filed by Bartels, and recovery of money paid to Bartels.
On petition dater Debtopr had not initiated state court
litigation regarding this claim.                                                                                Unknown

| Nature of claim | Contingent Business Litigation Claims |
|---|---|
| Amount requested | $4,000,000.00 |

Claims against American Business Forms, Inc. , dba
American Solutionsd For Business ("ASB").  ASB acted
as an agent and/or unregistered franchisor in March
2018 when "facilitating" the Debtor's purchase all of the
assets of Calvert Company, owned by Robert Bartels,
for $2.4M.  ASB assumed the role of active agent to
Debtor in that transaction and signed a contract to
"facilitate" the Debtor's purchase of the assets of
Calvert Company.  ASB had a long prior relationship
with Calvert and it owner.  ASB did not perform due
dilligence or advise Debtor of known risks related to the
purchase including misrepresentations of the current
and prospective sales to be expected from the
purchase, and the Debtor's sales have, from inception,
never been what ASB abd Bartels represented as
realistic sales figures.  The Debtor therefore grossly
overpaid for the business due to representations by
both Bartels and ASB as to the value and sales to be
expected from the Asset Purchase and Facilitator
Agreement.  Debtors claims are both affirmative and
asserted as a defense to obligaqtions owed to ASB
under the Facilitator Agreement and a seperate
Independant Contractor Agreement.                                                                        Unknown

| Nature of claim | Contingent Business Litigation Claims |
|---|---|
| Amount requested | $2,500,000.00 |

75.    Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims

76.    Trusts, equitable or future interests in property

77.    Other property of any kind not already listed *Examples:* Season tickets,
       country club membership

78.    Total of Part 11.                                                            | $0.00 |
       Add lines 71 through 77. Copy the total to line 90.

79.    Has any of the property listed in Part 11 been appraised by a professional within the last year?
       ■ No
       ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Beck & Chase Enterprises, Inc.**                                    Case number *(if known)* _____
          Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $40,232.67 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,294.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $669,737.04 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $153,948.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $20,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,600.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $900,311.71   + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $900,311.71 |

Fill in this information to identify the case:

Debtor name    **Beck & Chase Enterprises, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                          12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---------|----------------------------------------|

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **American Business Forms, Inc.**<br>Creditor's Name<br><br>dba American Solutions For Business<br>POB 218; 31 East Minnesota Ave<br>Glenwood, MN 56334<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**March 2018-October 2020**<br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**90 days or less: Accounts Recievable for Products sold and delivered and billed to Debtor's customers for products purchased through ASB's platform.**<br><br>Describe the lien<br>**UCC-1**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | **$430,946.00** | **$605,260.50** |
| Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | | |
| **2.2** **Wells Fargo Auto**<br>Creditor's Name<br><br>P.O. Box 168048<br>Irving, TX 75016<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**2017 Chevy Express Van**<br><br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | **$17,154.35** | **$18,000.00** |

Debtor   **Beck & Chase Enterprises, Inc.**                              Case number (if known) _____
       Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ☐ Disputed |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$448,100.35**

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                     Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name   **Beck & Chase Enterprises, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (If known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  | | Amount of claim |
| --- | --- | --- |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $473,000.00 |
| --- | --- | --- | --- |
| | **American Business Forms, Inc.**<br>**dba American Solutions For Business**<br>**POB 218; 31 East Minnesota Ave**<br>**Glenwood, MN 56334** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Unpaid balance of down payment advance for the**<br>**purchase of Calvert Company assets.  Debtor is unaware of any**<br>**promissory note or other agreement in writing that memorialoizes**<br>**this obligation. Disputed as set forth in Schedule A/B.** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87,090.00 |
| --- | --- | --- | --- |
| | **American Business Forms, Inc.**<br>**dba American Solutions For Business**<br>**POB 218; 31 East Minnesota Ave**<br>**Glenwood, MN 56334** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **September 2020**<br>Last 4 digits of account number _ | Basis for the claim:  **Operating Expense Advance Per written agreement**<br>**with Debtor.  Unsecured.** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $546,500.00 |
| --- | --- | --- | --- |
| | **American Business Forms, Inc.**<br>**dba American Solutions For Business**<br>**POB 218**<br>**31 East Minnesota Ave**<br>**Glenwood, MN 56334** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was<br>incurred **March 2018-March 2020**<br>Last 4 digits of account number _ | Basis for the claim:  **Business Loan to Principals of Beck & Chase to allow**<br>**principals personal income during transition after asset sale.  Three**<br>**loans made over 2 years.**<br>**Donna Beck:  $226,500**<br>**Mark Chase:  $320,000** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **Beck & Chase Enterprises, Inc.**                                          Case number (if known) _____
          Name

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,439,000.00 |
|---|---|---|---|

**Calvert Company, C/O Robert Bartels**
**2747 E. Killingsworth Ave**
**Orange, CA 92869**

Date(s) debt was incurred _Marh 2018_

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Estimated upaid balance of $2.4M Asset Purchase_
_Agreement. Disputed per description contained in Schedule A/B as_
_to Claims against Calvert & Bartels._

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $226,500.00 |
|---|---|---|---|

**Donna Beck**
**735 West Taft Ave**
**Orange**
**Orange, CA 92865**

Date(s) debt was incurred _March 2018-Present_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Reimbursement to Debtor's owner for loans taken in_
_lieu of payroll at initial purchase of company because asset sale did_
_not include any recievables or WIP._

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319,314.00 |
|---|---|---|---|

**Mark Chase**
**735 Taft Ave**
**Orange, CA 92865**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Reimbursement to Debtor's owner for loans taken in_
_lieu of payroll at initial purchase of company because asset sale did_
_not include any recievables or WIP._

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76,875.00 |
|---|---|---|---|

**U.S. Small Business Administation**
**14925 Kingsport Road**
**Fort Worth, TX 76155-2243**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _PPP Loan related to COVID-19. Subject to_
_forgiveness if PPP forgiveness complaince proven_

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts | |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,168,279.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,168,279.00 |

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Beck & Chase Enterprises, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest | **5 Year Warehouse lease for 215 Pineda Street, Suite 185-189, Longwood FL 32750. Starting Rent Rate is $2812/month and increases 3% per year thereafter.  Lease is signed and security deposit and first month's rent paid. Debtor will recieve possession December 1, 2020.**<br><br>**Debtor's current California lease is near expirtation and Debtor will be mnoving its opertion to this location in  Floriday before year's end** | |
| State the term remaining | **5 years** | AIC Longwood, LLC |
| List the contract number of any government contract | _____ | C/O The Bywater Company<br>105 E. Robinson Street Suite 200<br>Orlando, FL 32801 |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest | **Commercial Property Lease for Taft Avenue Business 2500 Sq. Ft $4600.00 Expires 12/31/2020** | |
| State the term remaining | **3 mos** | Robert Bartels |
| List the contract number of any government contract | _____ | 2747 E. Killingsworth Ave<br>Orange, CA 92869 |

| Fill in this information to identify the case: |
|---|
| Debtor name **Beck & Chase Enterprises, Inc.** |
| United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

**Column 1: Codebtor** / **Column 2: Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Donna Beck | As to as out $226,500 | American Business Forms, Inc. | ☐ D _____ <br> ■ E/F 3.3 <br> ☐ G _____ |
| 2.2 | Donna Beck | | Wells Fargo Auto | ■ D 2.2 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | Mark Chase | As to about $319,000 | American Business Forms, Inc. | ☐ D _____ <br> ■ E/F 3.3 <br> ☐ G _____ |

| Fill in this information to identify the case: |
|---|
| Debtor name    **Beck & Chase Enterprises, Inc.** |
| United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.    **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $831,259.00 |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | $1,110,093.00 |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | $1,013,743.00 |

2.    **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | PPP Loan-Forgivable | $76,875.00 |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.    **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Beck & Chase Enterprises, Inc.** _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **1800PureGroup** | 10/1/2020 | $13,860.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **American Business Forms, Inc.**<br>**dba American Solutions For Business**<br>**POB 218; 31 East Minnesota Ave**<br>**Glenwood, MN 56334** | Over last 3 months | $169,258.23 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **AST Sportswear** | Over last 3 months | $43,707.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Bastian Company, Inc.** | 7/23/2020 | $8,326.66 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **American Funds** | 9/28/20,<br>8/31/20,<br>8/17/20,<br>8/3/20,<br>7/20/20 and<br>7/6/20 | $9,177.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. **Blue Shield of CA** | 10/1/20,<br>9/1/20, 8/3/20 | $10,088.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7. **Employment Development Department**<br>**CA 00000-0001** | 7/6, 7/20, 8/3,<br>8/18, 8/31,<br>9/14, 9/28,<br>10/5 | $7,776.19 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.8. **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | 9/28, 9/14,<br>8/31, 8/18,<br>8/3, 7/20, 7/8 | $32,070.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **Beck & Chase Enterprises, Inc.**                 Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.9. | Shannon M. Touchton | 9/25, 9/11,<br>8/28, 8/14,<br>7/31, 7/17 | $10,294.51 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.10 | William T. Shinker | 9/25, 9/11,<br>8/28, 8/14,<br>7/31, 7/17 | $7,554.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11 | Donna Beck<br>735 West Taft Ave<br>Orange<br>Orange, CA 92865 | 9/25, 9/11,<br>8/28, 8/14,<br>7/31, 7/17 | $16,177.99 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.12 | Mark Chase<br>735 Taft Ave<br>Orange, CA 92865 | 9/25, 9/11,<br>8/28, 8/14,<br>7/31, 7/17 | $18,138.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.13 | Adams & Pham<br>600 Anton Blvd<br>Costa Mesa, CA 92626 | Ocober 6,<br>2020 | $8,429.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Donna Beck<br>735 West Taft Ave<br>Orange<br>Orange, CA 92865<br>Owner | Bi Weekly<br>Salary,<br>Expense<br>reimburseme<br>nt and<br>401k/ira<br>matching.<br>Amount<br>estimated | $150,000.00 | Payroll, IRA-401K contibutions |

Debtor   **Beck & Chase Enterprises, Inc.**                                    Case number *(if known)* _____

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2.  **Mark Chase**<br>    **735 Taft Ave**<br>    **Orange, CA 92865**<br>    **Former Owner** | **Last year,<br>Salary,<br>Expense<br>reimburseme<br>nt** | $140,000.00 | **Salary** |
| 4.3.  **Shannon Touchton**<br>    **2369 Graham**<br>    **Deltona, FL 32738**<br>    **Adult Daughter of Debot's Owner** | **Weekly last<br>year** | $62,000.00 | **Salary & 401K** |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Beck & Chase Enterprises, Inc.**                                    Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.<br><br><br>Curd, Galindo & Smith, LLP<br>301 E. Ocean Blvd. Suite 1700<br>Long Beach, CA 90802 | | $5,000 Retainer paid 6-7-2020<br>$12,192 Pre petition services and filing fee advance paid 10/9/2020<br><br>$20,000 Chapter 11 Retainer paid 10/9/2020 | <br><br><br><br><br><br><br><br><br><br>$37,192.00 |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

Debtor   **Beck & Chase Enterprises, Inc.**                                   Case number *(if known)* _____

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ■ No Go to Part 10.
    ☐ Yes. Fill in below:

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

---

Debtor    **Beck & Chase Enterprises, Inc.**                                    Case number *(if known)* _____

---

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.** Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.** Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.** Has the debtor notified any governmental unit of any release of hazardous material?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

---

Debtor    **Beck & Chase Enterprises, Inc.**                                          Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.1.  **Beck & Chase Enterprises, Inc.**<br>735 W. Taft Ave.<br>Orange, CA 92865 | **Advertising Specialties business / industry within the Wholesale Trade - Nondurable Goods sector.** | EIN:    82-4634023<br><br>From-To    1/2018-Current |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Small Business Tax, Inc.**<br>**Attn: Seok Hwan Yoon, CPA**<br>**1403 N. Batavia St. Ste 103**<br>**Orange, CA 92867** | **2018 and 2019** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Donna Beck | 735 West Taft Ave<br>Orange<br>Orange, CA 92865 | Owner, CEO | 100% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

Debtor    **Beck & Chase Enterprises, Inc.**                                  Case number *(if known)* _____

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Mark Chase | 735 Taft Ave Orange, CA 92865 | 50% Owner until September 21, 2020 | March 2018 to 9/21/2020 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Donna Beck 735 West Taft Ave Orange Orange, CA 92865 | Salary $122,000 annual salary + IRA contributiuons and Expense Reibursements, | Bi Weekly Payroll | Salary |
| | Relationship to debtor Owner | | | |
| 30.2 | Mark Chase 735 Taft Ave Orange, CA 92865 | $122,000 annual salary. | Last year | Salary |
| | Relationship to debtor Prior Owner | | | |
| 30.3 | Shannon Touchton 2369 Graham Ave. Deltona, FL 32738 | $27.86/hour Full time Employee | Last | Salary |
| | Relationship to debtor Owners Adult Daughter | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| Beck & Chase Enterprises. Inc. 401(K) & 401 (Roth | EIN:    Same as Debtor |

Debtor    Beck & Chase Enterprises, Inc.                                    Case number (if known) _____

---

**Part 14:**   Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 11, 2020

_Donna K Beck President_                        Donna K Beck
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    CEO

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeffrey B. Smith 150095<br>301 E. Ocean Blvd. Suite 1700<br>Long Beach, CA 90802<br>562-624-1177 Fax: 562-624-1178<br>California State Bar Number: 150095 CA<br>jsmith@cgsattys.com<br><br><br><br><br><br>☐  *Debtor(s) appearing without an attorney*<br>■  *Attorney for Debtor* |  |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>          Beck & Chase Enterprises, Inc.<br><br><br><br><br>                                        Debtor(s). | CASE NO.:<br><br>CHAPTER: 11<br><br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __2__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: October 11, 2020 *(13)*  _____

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Signature of Debtor 1

Date: _____

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: October 11, 2020 *(13)*  _____

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                     **F 1007-1.MAILING.LIST.VERIFICATION**

Beck & Chase Enterprises, Inc.
735 W. Taft Ave.
Orange, CA 92865


Jeffrey B. Smith
Curd, Galindo & Smith, LLP
301 E. Ocean Blvd. Suite 1700
Long Beach, CA 90802


American Business Forms, Inc.
dba American Solutions For Business
POB 218; 31 East Minnesota Ave
Glenwood, MN 56334


American Business Forms, Inc.
dba American Solutions For Business
POB 218
31 East Minnesota Ave
Glenwood, MN 56334


Calvert Company, C/O Robert Bartels
2747 E. Killingsworth Ave
Orange, CA 92869


Donna Beck
735 West Taft Ave
Orange
Orange, CA 92865


Mark Chase
735 Taft Ave
Orange, CA 92865


Robert Bartels
2747 E. Killingsworth Ave
Orange, CA 92869

U.S. Small Business Administation
14925 Kingsport Road
Fort Worth, TX 76155-2243

Wells Fargo Auto
P.O. Box 168048
Irving, TX 75016

Resolution of Board of Directors
of
**Beck & Chase Enterprises, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Donna K Beck, CEO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Donna K Beck, CEO of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Donna K Beck, CEO of this Corporation is authorized and directed to employ Jeffrey B. Smith, attorney and the law firm of Curd, Galindo & Smith, LLP to represent the corporation in such bankruptcy case.

Date  October 11, 2020 _____      Signed _Donna K Beck President_____

Date  October 11, 2020 _____      Signed _____

## United States Bankruptcy Court
### Central District of California

In re    Beck & Chase Enterprises, Inc.

Debtor(s)

Case No.

Chapter    11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Donna K Beck, declare under penalty of perjury that I am the CEO of Beck & Chase Enterprises, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 11th day of October, 2020.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Donna K Beck, CEO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Donna K Beck, CEO of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Donna K Beck, CEO of this Corporation is authorized and directed to employ Jeffrey B. Smith, attorney and the law firm of Curd, Galindo & Smith, LLP to represent the corporation in such bankruptcy case."

Date    October 11, 2020

Signed    _Donna K Beck, President_
          Donna K Beck

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Jeffrey B. Smith 150095**<br>**301 E. Ocean Blvd. Suite 1700**<br>**Long Beach, CA 90802**<br>**562-624-1177 Fax: 562-624-1178**<br>California State Bar Number: **150095 CA**<br>jsmith@cgsattys.com | |

■ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>   **Beck & Chase Enterprises, Inc.**<br><br>                                                          Debtor(s),<br><br>                                                          Plaintiff(s),<br><br><br><br><br><br>                                                          Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT<br>PURSUANT TO  FRBP 1007(a)(1)<br>and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Jeffrey B. Smith 150095**                                        , the undersigned in the above-captioned case, hereby declare
          *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:
☐ I am the president or other officer or an authorized agent of the Debtor corporation
☐ I am a party to an adversary proceeding
☐ I am a party to a contested matter
■ I am the attorney for the Debtor corporation

2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any
class of the corporation's(s') equity interests:
*[For additional names, attach an addendum to this form.]*

b.    ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

October 13, 2020                                      By: _____
Date                                                        Signature of Debtor, or attorney for Debtor

Name: **Jeffrey B. Smith 150095**
Printed name of Debtor, or attorney for
Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                      **F 1007-4.CORP.OWNERSHIP.STMT**