# Physical Inventory List

**FLORIDA**

**Donna's FL Office:**
1 Adjustable Height Desk
1 Office Chair
1 HP Laptop
1 Label Printer
2 Phones

**Shannon's FL Office:**
1 Dell Laptop
2 HP 24" wide Monitors
1 Phone

**CALIFORNIA**
7 Phones
Reception Desk
2 Laser Printers
1 Microsoft Surface Pro Computer
2 HP 24" wide Monitors
2 Dell Desktop Computers
2 Small Monitors
18 Filing Cabinets
2 Lateral Filing Cabinet
1 Label Printer
1 Printer Cabinet

**Donna's CA Office:**
L-Shaped Desk
Bookcase
2 Lateral Filing Cabinets
1 Visitor Chair

**Mark's Office:**
Desk
1 Dual Monitor Arm
2 HP 24" HP Monitors
Small Round Conference Table with 2 Chairs
2 Bookshelves
2 Long Cabinets with Credenzas
2 Cabinet2
2 Small Filing Cabinets
1 Small Garmet Rack

**Breakroom**
Refrigerator
Toaster Oven
Small Microwave
Conference Table
8 Office Chairs
Large Garment Rack
Small Round Garment Rack
2 Display Cases

**Engraving Area**
Laser Engraving Machine
Laser Engraving Supplies (Plaque Boards, Metal
Plates, Acrylic Awards, Screws, Tape, Magnets,
Plastic Engravable Sheets, etc.)

**Miscellaneous**
Lots of Samples from previous orders of T-Shirts,
Polo Shirts, Jackets, Hats, Dye Sublimated Shirts,
Towels, Tote Bags, Small swag items)